SAUL J. ZUCKER v. HARRY SILVERSTEIN.

October 8, 1976. Petition for certification denied.

DALLAS GERSON v. DORIS DUSHOFF.

October 8, 1976. Petition for certification denied.

AMEDEO V. IPPOLITO v. CITY OF LONG BRANCH.

October 8, 1976. Petition for certification denied.

NEW JERSEY HOME BUILDERS ASSN. v.
DEPT. OF PUBLIC UTILITIES.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. HUBERTUS JACOBI.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP D. FRANCIS.

October 8, 1976. Petition for certification denied.